**Opinion issued January 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00873-CR

———————————

## EX PARTE JOHN LINDSEY FOLLIS II, Appellant

---

### On Appeal from the 405th District Court
### Galveston County, Texas
### Trial Court Case No. 14-CR-1813

---

## MEMORANDUM OPINION

This is an appeal from the denial of a pre-trial application for writ of habeas corpus seeking bond reduction. The supplemental clerk's record demonstrates that, since the filing of this appeal, appellant has posted bond and has been released from custody. Accordingly, we dismiss the appeal as moot. *See Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.) (holding that

appeal of denial of application for release is rendered moot when appellant posts bond and is released from custody); *see also Ex parte Bennet*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.) (holding that when premise of habeas corpus application is destroyed by later events, legal issues raised therein are rendered moot).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).